Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

**PARKER MILLIKEN**
Brent Cheney, Esq. (State Bar No. 180429)
555 South Flower Street 30th Floor
Los Angeles, CA 90071

Attorneys for Defendant:
RANCHO LK LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RANCHO LK LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-02136-JGB-KK<br><br>Hon. Judge Jesus G. Bernal<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 6, 2019<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and RANCHO LK LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 9, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

DATED:   January 9, 2020

**PARKER MILLIKEN**

By: */s/ Brent Cheney*
Brent Cheney, Esq.
Attorneys for Defendant:
RANCHO LK LLC

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 9, 2020          By: /s/ *Joseph R. Manning, Jr.*

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE