1
2
3
4  JS-6
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11  JAMES RUTHERFORD, an individual,

Plaintiff,

v.

RANCHO LK LLC, a California limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:19-cv-02136-JGB-KK

**ORDER RE: DISMISSAL WITH PREJUDICE**

ORDER RE:
DISMISSAL WITH PREJUDICE

1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and RANCHO LK LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 17, 2020

_____
UNITED STATES DISTRICT JUDGE